THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM H. STEVENS, Defendant-Appellant.

(No. 71-241;

Second District—May 26, 1972.

---

Opinion by Mr. JUSTICE ABRAHAMSON.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.